HOTEL EMPLOYEES LOCAL NO. 255, HOTEL AND RESTAURANT EMPLOYEES AND BARTENDERS INTERNATIONAL UNION, ET AL. *v.* LEEDOM, CHAIRMAN, NATIONAL LABOR RELATIONS BOARD, ET AL.

No. 21. Argued November 10, 1958.—Decided November 24, 1958.

*J. W. Brown* argued the cause for petitioners. With him on the brief were *Ben Gettler* and *Jonas B. Katz.*

*Dominick L. Manoli* argued the cause for respondents. With him on the brief were *Solicitor General Rankin, Jerome D. Fenton* and *Thomas J. McDermott.*

*Thomas F. Daly* and *Charles W. Merritt* filed a brief for the American Hotel Association, as *amicus curiae,* urging affirmance.

PER CURIAM.

We believe that dismissal of the representation petition on the sole ground of the Board's "long standing policy not to exercise jurisdiction over the hotel industry" as a class, is contrary to the principles expressed in *Office Employes* v. *Labor Board,* 353 U. S. 313, 318–320 (1957). The judgment is therefore reversed and the case remanded to the Court of Appeals for proceedings not inconsistent herewith.